**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

American Protection Insurance Company,

Plaintiff,

v.

Southern Minnesota Beet Sugar Cooperative,

Defendant.

---

Case No. 00-1574 DSD/JMM

**ORDER**

Based upon the writing of the parties establishing good cause,

IT IS HEREBY ORDERED that:

The deadline for filing an answer or other responsive pleading in the above-styled matter is extended for 90 days from the date of this Order.

Dated: November 13, 2000

David S. Doty
United States District Judge

NOV 13 2000

2264147.1