UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMERICAN PROTECTION
INSURANCE COMPANY,

CIVIL NO. 00-1574 (DSD)

Plaintiff,

v.

ORDER OF RECUSAL

SOUTHERN MINNESOTA
BEET SUGAR COOPERATIVE,

Defendant.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: December 13, 2000

JOHN M. MASON
United States Magistrate Judge

(5)

Filed DEC 14 2000
Francis E. Dosal, Clerk
Judgment Entered
Deputy Clerk's Initials

Date: December 15, 2000 jr

R E C O R D   O F   D O C K E T   T E X T

0:00-cv-01574 American Protection v. Southern Minnesota

DOCKET ENTRY

ORDER OF RECUSAL (Magistrate Judge John M. Mason / 12/13/00) Case referred to Magistrate Judge Susan R. Nelson (4:00 AD 413). 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL