**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**American Protection Insurance Company,**

**Plaintiff,**

**v.**

**Southern Minnesota Beet Sugar Cooperative,**

**Defendant.**

**Civil 00-1574 DSD/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: January 23, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JAN 24 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER 00-1574 DSD/AJB

Use this case number for all further filings.