UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1574(DSD/AJB)

American Protection Insurance Company,

Plaintiff,

v.

**ORDER OF REFERENCE**

Southern Minnesota Beet Sugar Cooperative,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Arthur J. Boylan is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss or stay American Protection's declaratory judgment action in this matter. Any such motion shall be noticed for hearing before Magistrate Judge Arthur J. Boylan.

Dated: March 26, 2001

David S. Doty, Judge
United States District Court

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______