**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Third Division**

---

American Protection Insurance Company,

Plaintiff,

v.

Southern Minnesota Beet Sugar Cooperative,

Defendant.

---

**Case No. 00-1574 DSD/AJB**

**ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY ORDERED**, pursuant to the Stipulation of Dismissal with Prejudice of Plaintiff American Protection Insurance Company and Defendant Southern Minnesota Beet Sugar Cooperative filed herein, that the above-captioned action, including all of the Claims and/or Counterclaims which Plaintiff American Protection Insurance Company and Defendant Southern Minnesota Beet Sugar Cooperative have and/or may have against each other herein, are hereby dismissed with prejudice, with each party to pay its own costs.

Dated this 30th day of July, 2003.

BY THE COURT:

Honorable David S. Doty
United States District Court

FILED JUL 30 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

20052988.1